**90-1203.** State, ex rel. Luckey, v.

Etheridge. In Mandamus. On request for oral argument. Request denied.

Douglas, J., dissents.